**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TRUSTEES OF MICHIGAN REGIONAL COUNCIL OF CARPENTERS' EMPLOYEE BENEFITS FUND; TRUSTEES OF MICHIGAN REGIONAL COUNCIL OF CARPENTERS' ANNUITY FUND; TRUSTEES OF CARPENTERS' PENSION TRUST FUND - DETROIT AND VICINITY; AND TRUSTEES OF THE CARPENTERS' VACATION FUND - DETROIT AND VICINITY, THE MICHIGAN REGIONAL COUNCIL OF CARPENTERS, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA,

    Plaintiffs,

vs.

T&S CERAMIC TILE & MARBLE, INC., a Michigan Corporation, and TED SPARKS, an individual, jointly and severally,

    Defendants.

_____/

Case No. 06-15457
Hon. Denise Page Hood

### ORDER OF VOLUNTARY DISMISSAL

AT A SESSION OF SAID COURT, HELD IN THE CITY OF DETROIT, COUNTY OF WAYNE, MICHIGAN,

ON: January 19, 2007

PRESENT: HON DENISE PAGE HOOD
                U.S. District Judge

This matter having come before the Court on Plaintiffs' Request for Voluntary Dismissal, and the Court being fully advised in the premises,

IT IS ORDERED that this matter be dismissed without prejudice and without attorney fees or costs to any party.

                                              s/ DENISE PAGE HOOD
                                              U.S. DISTRICT JUDGE

Dated: January 19, 2007